PEOPLE v BEHM (ON REMAND)
PEOPLE v PATTERSON (ON REMAND)
PEOPLE v WHITEHEAD (ON REMAND)

KIDNAPPING—APPEAL AND ERROR—ASPORTATION—INSTRUCTIONS TO JURY.

A defendant's conviction of kidnapping must be reversed where the trial court failed to instruct the jury on asportation as mandated by the Michigan Supreme Court.

Appeal from St. Clair, Halford I. Streeter, J. Submitted Division 2 February 13, 1973, at Lansing. (Docket Nos. 13292, 13294, 13331.) Decided March 7, 1974.

Michael K. Behm, Lawrence P. Patterson, and Michael J. Whitehead were convicted of kidnapping. Behm was also convicted of armed robbery. Defendants appealed. Affirmed, 45 Mich App 614 (1973). Remanded by the Supreme Court for reconsideration of kidnapping conviction, 391 Mich 752. Reversed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *Walter W. Turton,* Prosecuting Attorney, *Peter E. Deegan,* Chief Assistant Prosecuting Attorney, and *Thomas R. Lewis,* Director, Prosecuting Attorneys Appellate Service.

*Stuart M. Israel,* Assistant State Appellate Defender, for defendants.

REFERENCE FOR POINTS IN HEADNOTE
53 Am Jur, Trial § 554.

Before: McGREGOR, P. J., and QUINN and PETER-SON,* JJ.

PER CURIAM. Pursuant to an order of the Supreme Court dated December 27, 1973, in *People v Whitehead, Behm, Patterson,* Nos. 54942-3-4 (391 Mich 752), we have reviewed our decision in these cases as it appears in 45 Mich App 614; 207 NW2d 200 (1973), in the light of *People v Adams,* 389 Mich 222; 205 NW2d 415 (1973).

This review establishes that the trial court failed to instruct the jury on asportation as mandated by *Adams, supra.* This failure compels reversal of defendants' convictions for kidnapping.

Reversed.

---

* Circuit judge, sitting on the Court of Appeals by assignment.